IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**MILAGROS PÉREZ LAURIDO,**

**Plaintiff,**

**v.**                                                                                         **CASE NO. 15-1688 (GAG)**

**MONSANTO CARIBE LLC,**

**Defendant.**

## JUDGMENT

Pursuant to the parties' joint stipulation for voluntary dismissal at Docket No. 22, judgment is hereby entered **DISMISSING with prejudice** the instant action.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of December, 2015.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge